Rollins Gold and Silver Mining Company, Appellant, v. John Q. A. Rollins, Respondent.—

## THIRD DEPARTMENT, MAY TERM, 1885.

Order affirmed, with ten dollars costs and disbursements.